# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **REGINALD WOODS,** | ) |
| Petitioner, | ) |
| v. | ) Case No.:  1:12-cv-2855-RDP-RRA |
| **WARDEN JOHN T. RATHMAN,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The Magistrate Judge entered a Report and Recommendation recommending that the petition be dismissed. Objections have been filed.

The court has considered the entire file in this action, including the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. The petition is due to be dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this ____1st____ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE